UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL CULKIN, A#: 079680853
76 Fieldstone Drive
Gardner, MA  01440

              Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security; DENIS RIORDAN, Director, Boston Office, U.S. Citizenship and Immigration Services; PAUL NOVAK, Director, Vermont Service Center, U.S. Citizenship and Immigration Services; EMILIO GONZALES, Acting Director, U.S. Citizenship and Immigration Services, ROBERT MUELLER, Director, Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States,

              Defendants.

Civil Action No. 07-cv-1350

## MOTION FOR ADMISSION OF MARK A. PARTIN, ESQ., *PRO HAC VICE*

In support of their Motion for Admission to this Court *pro hac vice*, Mark A. Partin, Esq. and Kenneth R. Sparks, Esq., attorneys for Plaintiff Michael Culkin, respectfully state as follows:

1.    Mark Alan Partin is an attorney licensed to practice in the State of Illinois.  Mr. Partin represents the Plaintiff, Michael Culkin in the above-captioned case.

2.    By this Motion, Mr. Partin is requesting *pro hac vice* admission to this honorable Court.

3.    Pursuant to Local Rule 83.2(d), attached to this Motion is the Declaration of Mark Alan Partin.

4.    Also pursuant to Local Rule 83.2(d), this Motion is being sponsored by Kenneth F. Sparks, Esq., who is a member of the bar of the District of Columbia and admitted to practice

in this Court.  Mr. Sparks' D.C. bar number is 431762.  Mr. Sparks has signed this Motion as evidence of his sponsorship.

WHEREFORE, we ask that the Court issue an Order granting Mark Alan Partin admission to practice in this Court *pro hac vice*.

                                                 Mark A. Partin and Kenneth R. Sparks,
                                                 attorneys for Plaintiff Michael Culkin

                                                 By:       s/ Kenneth F. Sparks

Kenneth F. Sparks, D.C. Bar No. 431762
Mark A. Partin
VEDDER, PRICE, KAUFMAN & KAMMHOLZ. P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
Phone: (312) 609-7500
Fax: (312) 609-5005
ksparks@vedderprice.com
mpartin@vedderprice.com

Dated August 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CULKIN, A#: 079680853<br>76 Fieldstone Drive<br>Gardner, MA  01440<br><br>                            Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; DENIS RIORDAN, Director, Boston Office, U.S. Citizenship and Immigration Services; PAUL NOVAK, Director, Vermont Service Center, U.S. Citizenship and Immigration Services; EMILIO GONZALES, Acting Director, U.S. Citizenship and Immigration Services, ROBERT MUELLER, Director, Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States,<br><br>                            Defendants. | Civil Action No. 07-cv-1350 |

### **DECLARATION OF MARK A. PARTIN, ESQ. TO APPEAR PRO HAC VICE**

1.     My full name is Mark Alan Partin.

2.     I am an attorney licensed in the State of Illinois.  I received my license on November 7, 2002.  Attached to this Declaration as Exhibit 1 is a Certificate of Admission to the Bar of Illinois, which illustrates that I am a member in good standing of the bar of Illinois.

3.     I have not been subject to any disciplinary action by any bar.  Attached to this Declaration as Exhibit 2 is a Letter of Good Standing from the Attorney Registration and Disciplinary Commission.

4. In addition to my license to practice law in Illinois, I have been admitted to practice in the United States District Court for the Northern District of Illinois, as well as the United States Circuit Court for the Seventh Circuit.

5. I currently practice law at the firm of Vedder, Price, Kaufman & Kammholz, P.C., which is located at 222 North LaSalle Street, Suite 2500, Chicago, Illinois 60601. My office phone number is (312) 609-7536.

6. I have never been admitted *pro hac vice* to the United States District Court for the District of Columbia.

7. I do not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted this 7th day of August, 2007.

MARK A. PARTIN, ESQ.

_____

Mark A. Partin
VEDDER, PRICE, KAUFMAN & KAMMHOLZ. P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
Phone: (312) 609-7500
Fax: (312) 609-5005
mpartin@vedderprice.com

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Mark Alan Partin

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, July 26, 2007.

*Juleann Hornyak*
Clerk

**EXHIBIT**
1



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Mark A. Partin
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, IL 60601

Chicago
Thursday, August 02, 2007

In re: Mark Alan Partin
Admitted: 11/7/2002
Attorney No. 6278203

To Whom It May Concern:

   The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE

**EXHIBIT 2**