UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CULKIN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, <u>et al.</u>,<br><br>        Defendants. | Case Number:  1:07CV1350(PLF) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: January 11, 2008                Respectfully submitted,

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2008, I caused the foregoing to be filed and served via the Court's Electronic Case Filing system upon:

**Mark A. Partin**
VEDDER, PRICE, KAUFMAN & KAMMHOLZ P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003


      /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114