UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL CULKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, <u>et al.</u>,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 1:07CV1350(PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

　　Defendants, by and through their undersigned attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants an enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due February 22, 2008.  Defendants were served November 15, 2007, making Defendants' answer currently due January 14, 2008.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion.  Counsel for Plaintiff stated that Plaintiff consents to this enlargement.

　　This is a mandamus case in which Plaintiff alleges that Defendants have unreasonably delayed completing the adjudication of his I-485 application for adjustment of status to that of a lawful permanent resident.  The United States Citizenship and Immigration Services ("USCIS") Field Office located in Boston, Massachusetts is adjudicating Plaintiff's application.  In December, 2007, Defendant USCIS requested that Plaintiff submit information pertinent to his eligibility for lawful permanent resident status, namely a completed medical examination Form I-693, by January 12, 2008.  Through his counsel, Plaintiff requested additional time to submit that

examination, and Defendant USCIS has agreed to extend the deadline for the I-693 through February 12, 2008.

Defendants wish to respond to the complaint expeditiously.  However, to prepare Defendants' answer or otherwise respond to the complaint, the undersigned must consult with counsel at the Defendant agencies concerning Plaintiff's factual allegations and the legal issues relevant to any defense Defendants may raise.  The results of the medical examination are likely to impact the defenses Defendant USCIS will raise in this action, as they pertain to Plaintiff's eligibility for lawful permanent resident status.  In light of the revised deadline for the submission of those materials, the parties have agreed that it would be appropriate to defer Defendants' answer until after Plaintiff has submitted the required information to USCIS.  Once USCIS receives and reviews the requested information, the undersigned will have to consult with agency counsel concerning the factual and legal issues in this case, and then prepare Defendants' responsive pleading.  Defendants therefore request that the deadline for their answer be enlarged until February 22, 2008.

Defendants have not previously requested that this Court enlarge the time for filing any pleading.  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendants additional time days to answer Plaintiffs' Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: January 11, 2008                    Respectfully submitted,

   /s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2008, I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system upon:

**Mark A. Partin**
VEDDER, PRICE, KAUFMAN & KAMMHOLZ P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003


　　　　　　　　　　　　　　　　　　　　/s/   *Robin M. Meriweather*
　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
MICHAEL CULKIN,                           )
                                          )
       Plaintiff,                     )
                                          )
   v.                                     )   Case Number:  1:07CV1350(PLF)
                                          )
MICHAEL CHERTOFF, Secretary,              )
Department of Homeland Security, et al., )
                                          )
       Defendants.                    )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due February 22, 2008.

SO ORDERED.

                                                                    _____
                                                                    United States District Judge