# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL CULKIN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) Case Number: 1:07CV01350 (PLF) |
| MICHAEL CHERTOFF, Secretary, | ) |
| U.S. Department of Homeland Security, et al. | ) |
|  | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

/s/Mark A. Partin
KENNETH F. SPARKS,
D.C. BAR #431762
MARK A. PARTIN
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, PC
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
Phone: (312) 609-7500;
Fax: (312) 609-5005


*Counsel for Plaintiff*


Dated: March 6, 2008

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney.

ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*